*Exhibit B*

**INDEX OF DOCUMENTS FILED**
**WITH REMOVAL ACTION**

**FELICIA ROBINSON AND TONY WOFFORD V.**
**JAMES HEUER AND JOHN/JANE DOE**

(a)     Plaintiffs' Original Petition;

(b)     Request for Citation on James Heur;

(c)     Executed Citation on James K. Heuer in New Jersey;

(d)     Letter from counsel for James K. Heuer in New Jersey regarding incorrect
        service on James K. Heuer in New Jersey;

(e)     Executed Citation on James K. Heuer in Illinois;

(f)     Defendant James K. Heuer's Original Answer;

(g)     Defendant James K. Heuer's Demand for Jury Trial; and

(h)     Docket Sheet

*Exhibit B*

3/2/2020 8:25 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 41276211
By: Rhonda Momon
Filed: 3/2/2020 8:25 AM

# 2020-13904 / Court: 080

NO. _____

| | | |
|---|---|---|
| FELICIA ROBINSON and TONY WOFFORD<br>Plaintiffs, | §<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| V. | §<br>§<br>§ | _____ JUDICIAL DISTRICT |
| JAMES HEUR and JOHN / JANE DOE<br>Defendant. | §<br>§<br>§ | OF HARRIS COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, FELICIA ROBINSON and TONY WOFFORD, hereinafter called Plaintiffs, complaining of and about JAMES HEUR and JOHN / JANE DOE and, hereinafter called Defendants, and for cause of action show unto the Court the following:

### DISCOVERY CONTROL PLAN LEVEL

1.    Plaintiffs affirmatively plead that they seek monetary relief over $200,000.00 but not more than $1,000,000.00, and intends that discovery be conducted under Discovery Level 2.

### PARTIES AND SERVICE

2.    Plaintiff, FELICIA ROBINSON, is an individual who resides in Harris County, Texas.

3.    Plaintiff, TONY WOFFORD, is an individual who resides in Harris County, Texas.

4.    Defendant, JAMES HEUR, an individual who is a resident of Texas, may be served with process at his home at the following address: 634 Wood Smoke Drive, Houston, TX 77075. Service of said Defendant as described above can be effected by personal delivery.

1

DATE SERVED  4  15  2020

*Exhibit B*

5.     Defendant, JOHN / JANE DOE, an individual whose identity is not yet known. Service of said Defendant can be effected by personal delivery once additional information becomes available to perfect service.

## JURISDICTION AND VENUE

6.     The subject matter in controversy is within the jurisdictional limits of this court.

7.     This court has jurisdiction over the parties because Defendants are Texas residents.

8.     Venue in Harris County is proper in this cause under Section 15.002(a)(1) of the Texas Civil Practice and Remedies Code because all or a substantial part of the events or omissions giving rise to this lawsuit occurred in this county.

## FACTS

9.     On April 29, 2018, Plaintiffs' FELICIA ROBINSON and TONY WOFFORD were traveling on I-45 South as passengers, when Defendant, JOHN / JANE DOE driving a vehicle owned by Defendant JAMES HEUR failed to maintain a reasonable speed and distance between vehicles and suddenly and without rear-ended with the Plaintiffs' vehicle. Defendant, JAMES HEUR or JOHN / JANE DOE then failed to stop at the scene of the accident and left before police arrived. As a result of this accident, Plaintiffs' sustained serious personal injuries for which they had to seek the care of medical professionals.

## PLAINTIFFS' CLAIM OF NEGLIGENCE
## AGAINST JAMES HEUR

10.     Defendant JAMES HEUR had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

2

*Exhibit B*

11.    Plaintiffs' injuries were proximately caused by Defendant JAMES HEUR's negligent, careless and reckless disregard of said duty.

12.    The negligent, careless and reckless disregard of duty of Defendant JAMES HEUR consisted of, but is not limited to, the following acts and omissions:

      A.    Failure to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

      B.    Failure to maintain a reasonable safe and prudent rate of speed;

      C.    Failure to maintain a reasonable safe and prudent distance;

      D.    Driver inattention; and

      F.    Failure to stop and give information.

### PLAINTIFFS' CLAIM OF NEGLIGENCE
### AGAINST JOHN / JANE DOE

13.    Defendant JOHN / JANE DOE had a duty to exercise the degree of care that a reasonably careful person would use to avoid harm to others under circumstances similar to those described herein.

14.    Plaintiffs' injuries were proximately caused by Defendant JOHN / JANE DOE's negligent, careless and reckless disregard of said duty.

15.    The negligent, careless and reckless disregard of duty of Defendant JOHN / JANE DOE consisted of, but is not limited to, the following acts and omissions:

      A.    Failure to keep such lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

      B.    Failure to maintain a reasonable safe and prudent rate of speed;

      C.    Failure to maintain a reasonable safe and prudent distance;

*Exhibit B*

D.      Driver inattention; and

F.      Failure to stop and give information.

## NEGLIGENT ENTRUSTMENT OF JAMES HEUR

16.     Plaintiff incorporates all preceding paragraphs by reference as if set forth in full herein.

17.     On April 29, 2018, Defendant JAMES HEUR was the owner of the vehicle operated by Defendant JOHN / JANE DOE.

18.     Defendant, JAMES HEUR entrusted said vehicle to Defendant JOHN / JANE DOE, a reckless and incompetent driver.

19.     Defendant, JAMES HEUR, knew, or through the exercise of reasonable care should have known, that Defendant JOHN / JANE DOE, was a reckless and incompetent driver.

20.     As described herein, Defendant JOHN / JANE DOE was negligent on the occasion in question.

21.     Defendant JOHN / JANE DOE's negligence was the proximate cause of Plaintiffs' damages.

## DAMAGES FOR PLAINTIFF, FELICIA ROBINSON

22.     As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, FELICIA ROBINSON, was caused to suffer personal injuries, and to incur the following damages:

A.      The physical pain and mental anguish in the past and future;

B.      The reasonable and necessary costs for medical care and treatment, including doctors, hospitals, nurses, medicines, and other services and supplies in the past and future;

4

C.    Physical impairment in the past and future;

D.    The physical pain and suffering in the past and future; and

E.    Physical disfigurement in the past and future.

### DAMAGES FOR PLAINTIFF, TONY WOFFORD

23.    As a direct and proximate result of the occurrence made the basis of this lawsuit, Plaintiff, TONY WOFFORD, was caused to suffer personal injuries, and to incur the following damages:

A.    The physical pain and mental anguish in the past and future;

B.    The reasonable and necessary costs for medical care and treatment, including doctors, hospitals, nurses, medicines, and other services and supplies in the past and future;

C.    Physical impairment in the past and future;

D.    The physical pain and suffering in the past and future; and

E.    Physical disfigurement in the past and future.

### GROSS NEGLIGENCE/EXEMPLARY DAMAGES

24.    The conduct of the Defendants, by fleeing the scene of an accident without stopping and giving information in connection with the collision in question, constitutes gross negligence that was a proximate cause of the collision in question, and Plaintiffs' injuries and damages. When viewed objectively, Defendants' conduct involved an extreme degree of risk, considering the probability and magnitude of harm to others. Defendants were subjectively aware of and knew of this extreme risk, but nevertheless proceeded with conscious indifference to the rights, safety, and welfare of others, including Plaintiffs. Plaintiffs are entitled to recover punitive damages, pursuant to § 41.003(a) (2) and (3) of the Texas Civil Practice and Remedies Code and Article XVI, § 26 of the Texas Constitution. Because Defendants are guilty of gross negligence that proximately

5

*Exhibit B*

caused the personal injuries to Plaintiff, they should have exemplary damages assessed against them and awarded to Plaintiff in an amount deemed proper by the jury.

## NOTICE OF USE

25.     Pursuant to Rule 193.7 of the Texas Rules of Civil Procedure, Defendant is hereby notified that Plaintiffs intends to use all documents produced by Defendant in response to written discovery in pretrial proceedings and trial. Defendant is required to assert any objection to the authenticity of any document Plaintiff's produce within ten days of its production.

## REQUEST FOR DISCLOSURE

26.     Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiffs request that each and every Defendant disclose, within fifty (50) days of service of this request, the information and material described in Rule 194.2(a) through (l).

## DESIGNATED E-SERVICE EMAIL ADDRESS

27.     The following is the undersigned attorney's designated e-Service email address for all e- served documents and notices, filed and unfiled, pursuant to Tex. R. Civ. P. 21(f)(2) & 21a: Litigation@TheHadiLawFirm.com. This is the undersigned's only e-Service email address, and service through any other email address will be considered invalid.

## REQUEST FOR DEPOSITION DATES

28.     Pursuant to Rule 199 of the Texas Rules of Civil Procedure, Plaintiff request that each and every Defendant disclose, within fifty (50) days of service of this request, dates that Defendant is available for Plaintiff to take Defendant's deposition.

## PRAYER

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs, FELICIA ROBINSON and TONY WOFFORD, respectfully pray that the Defendants be cited to appear and answer herein,

*Exhibit B*

and that upon a final hearing of the cause, judgment be entered for the Plaintiffs against Defendants for damages in an amount within the jurisdictional limits of the Court; together with pre-judgment interest at the maximum rate allowed by law; post-judgment interest at the legal rate, costs of court; and such other and further relief to which the Plaintiffs may be entitled at law or in equity.

Respectfully submitted,

THE HADI LAW FIRM, PLLC

By: _____

Husein Hadi
Texas Bar No. 24067641
Jamil Thomas
Texas Bar No. 24066914
Carnegie H. Mims, III
Texas Bar No. 24046448
Sedrick Stagg
Texas Bar No. 24102815
7100 Regency Square Boulevard, Suite 140
Houston, Texas 77036
Tel: (832) 433-7977
Fax: (855) 423-4529
litigation@thehadilawfirm.com
**Attorneys For Plaintiffs**

**PLAINTIFFS HEREBY DEMANDS TRIAL BY JURY**

**FILED ON: March 2, 2020**

7

3/2/2020 8:25:18 AM
Marilyn Burgess - District Clerk
Harris County
Envelope No: 41276211
By: MOMON, RHONDA M
Filed: 3/2/2020 8:25:18 AM

*Exhibit B*

# 2020-13904 / Court: 080

## CIVIL PROCESS REQUEST

CASE NUMBER: _____         CURRENT COURT: _____TH

TYPE OF INSTRUMENT TO BE SERVED: <u>Plaintiff's Original Petition With Requests for Disclosure</u>

SERVICE TO BE ISSUED ON:

1.      NAME:                    James Heur
        ADDRESS:                 634 Wood Smoke Drive
                                 Houston, TX 77075
        TYPE OF SERVICE:         <u>Citation</u>

        SERVICE BY:              **Private process service: AFTER CITATION IS COMPLETED, PLEASE PUT IN BOX 243 FOR Praetorian Protective Services Corporation.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ATTORNEY REQUESTING SERVICE

**Husein Hadi, SBN: 24067641, The Hadi Law Firm, 7100 Regency Square Blvd., Suite 140, Houston, Texas 77036, Ph: 832-433-7977, Fax: 855-423-4529, litigation@TheHadiLawFirm.com**

3/25/2020 2:08 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 41917182
By: Keeley Hodgins
Filed: 3/25/2020 2:08 PM

*Exhibit B*

**AFFIDAVIT ATTACHED**

CAUSE NO.  202013904

RECEIPT NO.  895410          0.00          CIV
\*\*\*\*\*\*\*\*\*\*          TR # 73731851

PLAINTIFF: ROBINSON, FELICIA
            vs.
DEFENDANT: HEUR, JAMES

In The   80th
Judicial District Court
of Harris County, Texas
80TH DISTRICT COURT
Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: HEUR, JAMES
    634  WOOD SMOKE DRIVE   HOUSTON TX  77075
    Attached is a copy of <u>PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE</u>

This instrument was filed on the <u>2nd day of March, 2020</u>, in the above cited cause number and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday next following the expiration of 20 days after you were served this citation and petition, a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 5th day of March, 2020, under my hand and seal of said Court.

<u>Issued at request of</u>:
HADI, HUSEIN
7100 REGENCY SQUARE BLVD, STE 140
HOUSTON, TX  77036
Tel: (832) 433-7977
<u>Bar No.</u>: 24067641

MARILYN BURGESS, District Clerk
Harris County, Texas
201 Caroline, Houston, Texas 77002
(P.O. Box 4651, Houston, Texas 77210)
Generated By: CHAMBERS, WANDA  ULW//11451955

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at _____ o'clock ___.M., on the _____ day of _____, _____.

Executed at (address) _____ in

_____ County at _____ o'clock ___.M., on the _____ day of _____,

_____, by delivering to _____ defendant, in person, a

true copy of this Citation together with the accompanying _____ copy(ies) of the Petition

attached thereto and I endorsed on said copy of the Citation the date of delivery.
To certify which I affix my hand officially this _____ day of _____, _____.

FEE: $_____

                                        _____

                                        _____ of _____County, Texas

_____            By _____
          Affiant                                  Deputy

On this day, _____, known to me to be the person whose signature appears on the foregoing return, personally appeared. After being by me duly sworn, he/she stated that this citation was executed by him/her in the exact manner recited on the return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this _____ day of _____, _____.

                                        _____
                                                  Notary Public

N.INT.CITR.P                     *73731851*

**AFFIDAVIT ATTACHED**

*Exhibit B*



**The 80th Judicial District Court of Harris County Texas**

## AFFIDAVIT OF SERVICE

Index no :**2020-13904**

*6876*

| | |
|---|---|
| Plaintiff(s): | **Felicia Robinson** |
| Defendant(s): | **James Heur** |

STATE OF NEW JERSEY
    ss.:

**Michael Rinsky**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New Jersey.

On **03/19/2020** at **6:15 PM**, I served the within **Citation and Petition** on **James Heur** at **875 Newton St., North Brunswick, NJ08816** in the manner indicated below:

INDIVIDUAL: by delivering thereat a true copy of each to said recipient personally; deponent knew the person so served to be the person described herein by deponent asking the person if he or she is the named Recipient and the person responding that he or she is in fact the person named in this action as the Recipient.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| **Male** | Caucasian | Gray | 62 | 5'9 - 6'0" | Over 200 lbs |
| Other Features: **Beard** | | | | | |

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on March 20, 2020.

Sworn to and subscribed before me on
_____ , 20 _____

X _____
Michael Rinsky
Express Process & Subpoena Company
759 Bloomfield Ave., PMB 323
West Caldwell,NJ07006
973-364-1220

Sondra Rinsky
Notary Public, State of New Jersey
My commission Expires June 12, 2024
Essex

SONDRA D. RINSKY
NOTARY PUBLIC OF NEW JERSEY
Commission # 50106886
My Commission Expires 6/12/2024

*Exhibit B*

P-2

# *Kelso & Burgess*
### *Attorneys at Law*

8 oth

*Thomas F. Kelso*
tkelso@kelsoburgess.com

*Jennifer A. Burgess*
jenburgess@aol.com

*Kurt J. Trinter*
ktrinter@kelsoburgess.com

132 HAMILTON STREET
P.O. BOX 1208
NEW BRUNSWICK, NJ 08903

(732) 246-4501
FAX (732) 246-4347

April 6, 2020

**DELIVERY VIA EMAIL TO: litigation@thehadilawfirm.com**
**AND VIA REGULAR MAIL:**

**THE HADI LAW FIRM, PLLC**
**ATTN: Huseln Hadi, Esq.**
7100 Regency Square Blvd., Suite 140
Houston, Texas 77036

RE:   FELICIA ROBINSON et al v. JAMES HEUR et al
      Civil Action No. 2020-13904/Court: 080

Dear Mr. Hadi:

I am writing this letter on behalf of my client, James K. Heuer, who is a resident of North Brunswick, New Jersey, as it relates to a copy of a "Citation" he received recently, together with a copy of a Complaint filed by your office on behalf of a Felicia Robinson and Tony Worfford, in which you list the Defendant as being named "James Heur" (different spelling). Apparently, this litigation arises out of a motor vehicle accident which occurred in Texas. In fact, you list the Defendant, "James Heur", as having an address in Texas. I can only assume that your office obtained this Texas address and this party's first/last name via a police accident report.

That being said, I am not quite sure how you obtained my client's address in North Brunswick, New Jersey, but clearly he has been served with the "Citation" and Complaint in error. First and foremost, the spelling of his last name differs from your Defendant. Secondly, he has never resided in nor has he ever visited the State of Texas, much less been involved in an accident in Texas.   If you require an Affidavit from my client attesting to the foregoing, I would be happy to oblige.  However, in that regard, I would also ask that you furnish my office with the police accident report and any other information/documentation you have or obtained which led you to believe that the appropriate Defendant in this matter is, in fact, my client.

While I do not believe any further action on my part is necessary, again, I would be happy to provide you with an Affidavit, if that is what you would require.  Otherwise, I would ask that you adjust your records accordingly and provide me with verification, in writing, that you will take no further action in relation to this claim as against my client, James K. Heuer of 875 Newton Street, North Brunswick, NJ 08902.

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

*Exhibit B*

Thank you for your time and attention to this matter.

Very truly yours,

**THOMAS F. KELSO**

TFK:jk
cc:   Marilyn Burgess, District Clerk – Reg. Mail Only
cc:   Mr. James K. Heuer – Reg. Mail Only

4/20/2020 6:06 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42431162
By: Keeley Hodgins
Filed: 4/20/2020 6:06 PM

*Exhibit B*

## AFFIDAVIT ATTACHED

CAUSE NO.  202013904

RECEIPT NO.  899324                    0.00          EML
                    **********                    TR # 73742354

PLAINTIFF: ROBINSON, FELICIA | In The  80th
vs. | Judicial District Court
DEFENDANT: HEUR, JAMES | of Harris County, Texas
| 80TH DISTRICT COURT
| Houston, TX

CITATION

THE STATE OF TEXAS
County of Harris

TO: HEUR, JAMES
    634  WOOD SMOKE DRIVE   HOUSTON  TX  77075
    Attached is a copy of PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCLOSURES

This instrument was filed on the 2nd day of March, 2020, in the above cited cause number
and court. The instrument attached describes the claim against you.

    YOU HAVE BEEN SUED, You may employ an attorney. If you or your attorney do not file a
written answer with the District Clerk who issued this citation by 10:00 a.m on the Monday
next following the expiration of 20 days after you were served this citation and petition,
a default judgment may be taken against you.

TO OFFICER SERVING:
    This citation was issued on 14th day of April, 2020, under my hand and
seal of said Court.

Issued at request of:                         MARILYN BURGESS, District Clerk
HADI, HUSEIN                                  Harris County, Texas
7100  REGENCY SQUARE BLVD, STE               201 Caroline, Houston, Texas 77002
140                                           (P.O. Box 4651, Houston, Texas 77210)
HOUSTON, TX  77036
Tel: (832) 433-7977                           Generated By: THOMAS, LISA    BE9//11478801
Bar No.: 24067641

OFFICER/AUTHORIZED PERSON RETURN

Came to hand at 10:05 o'clock A.M., on the 14th day of April , 2020.

Executed at (address) 220 Fawn Ridge Macomb Il. 61455 in

McDonough County at 2:37 o'clock P .M., on the 15th day of April,

2020 , by delivering to James R. Heuer defendant, in person, a

true copy of this Citation together with the accompanying 1 copy(ies) of the Petition
attached thereto and I endorsed on said copy of the citation the date of delivery.
Plaintiff's Original Petition with Request for Disclosures
To certify which I affix my hand officially this 15th day of April , 2020.

FEE: $_____

                                                        of _____ County, Texas

                                      By _____
                                                        Deputy

On this day, Donald J. Yocum , known to me to be the person whose
signature appears on the foregoing return, personally appeared. After being by me duly sworn,
he/she stated that this citation was executed by him/her in the exact manner recited on the
return.

SWORN TO AND SUBSCRIBED BEFORE ME, on this 15th day of April 2020.

                                      Elsa R. Petentler
                                      Notary Public

## AFFIDAVIT ATTACHED

N.INT.CITR.P                          *73742354*

OFFICIAL SEAL
LISA R PETENTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/07/23

*Exhibit B*

IN THE CIRCUIT COURT OF THE ___80th___ JUDICIAL CIRCUIT
___Harris___ COUNTY, ~~ILLINOIS~~ Texas

## AFFIDAVIT OF SERVICE OF PROCESS

Name _James R Keuer_ _____ Docket # _2020-13904_

I, _Donald J Yarm_ _____, a Private Detective licensed in the

State of Illinois, do hereby swear and affirm that I served the attached process in

accordance with ILCS 5/2-203 by:

☒ (a) Individual defendants- personal:
  By leaving a copy of the process with the above-named subject.
☐ (b) Individual defendants- abode:
  By leaving a copy of this process at his/her usual place of abode with
  _____ a person residing therein who is of the age of
  13 years or upwards and informed that person of the contents thereof and that further
  mailed a copy of this process in a sealed envelope with postage paid addressed to the
  defendant at his/her usual place of abode on _____
☐ (c) Corporation defendant:
  By leaving a copy and a copy of the complaint with the registered agent, officer or
  agent of each defendant corporation.
  Left with: _____ Title: _____
☐ (d) Other service: _____
☐ (e) Not Found:  Reason: _____
☐ (f) Posted at Address, Courthouse, City Hall County Building, and Mailed.  Other_____

Description of person documents were left with:
__ Spouse __ Child __ Parent __ Sibling __ Roommate __ Paramour __ Other
Sex _m_ Race _w_ Approximate age _50_ Hair _Balding_
Location served: _220 Fawn Ridge macomb il. 61455_

Date and time process served/attempted: _04_ / _15_ / _2020_ @ _2_ : _37_ A.M. P.M.

_Donald J Yarm_ _____
  Private Detective
Petentler Investigations
Galesburg, Illinois
(309) 368-6044
_Felicia Robinson :_
_Terry Wofford_ _____ Plaintiff
_James R Kewr_ _____ Defendant

Service Fee _____
Mileage _____
Printing _____
TOTAL _____

Subscribed and sworn to before me
this _15th_ day of _April_, 20 _20_.

_Lisa R Petentler_ __
  Notary Public

OFFICIAL SEAL
LISA R PETENTLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/07/23

**Documents Served:**
☐ Summons (☐ Alias) _____
☐ Complaint _____
☐ Complaint for Forcible Entry & Detainer
☐ Notice of Hearing
☒ Petition _Plaintiffs original with Request for Disclosures_
☒ Other _Citation_
☒ Other _Crash Report CR-3_
☐ 5-Day Notice ☐ 10-Day Notice ☐ 30-Day Notice ☐ Witness Fee ___ Check # ___

☐ Subpoena
☐ Rule to Show Cause
☐ Citation to Discover Assets
☐ Non-wage Garnishment
☐ Wage Deduction Notice

PI508-2018

5/11/2020 8:37 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42866804
By: Iliana Perez
Filed: 5/11/2020 8:37 AM

*Exhibit B*

## CAUSE NO. 2020-13904

| | | |
|---|---|---|
| **FELICIA ROBINSON AND** | § | **IN THE DISTRICT COURT OF** |
| **TONY WOFFORD** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **JAMES HEUR AND JOHN/JANE DOE** | § | **80TH JUDICIAL DISTRICT** |

## <u>DEFENDANT'S ANSWER</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant **JAMES HEUER (incorrectly named as "James Heur")** files this Answer to Plaintiffs' Petition and all subsequent supplemental and/or amended petitions filed against her and would respectfully show the Court and Jury as follows:

### I.

Pursuant to the provisions of Rule 92 of the Texas Rules of Civil Procedure, Defendant denies each and every, all and singular, the allegations contained in Plaintiffs' Petition, and demands strict proof thereof.

### II.

Defendant avers that he is not a proper party to this lawsuit. More specifically, Defendant was not the driver involved in the subject accident and was not the owner of the vehicle involved in the subject accident. Defendant further avers that he was the victim of identity theft and has filed reports with law enforcement agencies and credit bureaus accordingly. Defendant never purchased the vehicle involved in the subject accident. Defendant lives in Illinois and has continuously done so since he got out of the Navy in 1991. He has never lived in Texas and has never been involved in an automobile accident in Texas. Defendant is not even of the same race or in the same age group as the purported driver involved in the subject accident. Upon information and belief, Defendant

*Exhibit B*

believes the name of the subject driver is "Christopher Edward Johnson."  For these reasons, Plaintiffs cannot recover any damages in the capacity in which Defendant has been sued.

### III.

Defendant further asserts that Plaintiffs' rights to recover medical expenses are limited by the provisions of TEX. CIV. PRAC. & REM. CODE §41.0105, to the extent the Plaintiffs' health care providers billed more than was actually paid or incurred for Plaintiffs' medical treatment.

### IV.

Defendant asserts that the accident was proximately caused by the negligence of a third party over whom Defendant had no control.

### V.

This accident was caused by the negligence of John Doe and/or Jane Doe for inattention while driving and rear-ending the vehicle occupied by Plaintiffs.

### VI.

With respect to Plaintiffs' negligence *per se* claim, that claim being expressly and wholly denied, Defendant would show that the statutory bases of such claim are not ones for which tort liability may be imposed when violated, do not establish or create a different standard than common law ordinary care, and, to the extent applicable, were not the proximate cause of Plaintiffs' injuries when allegedly violated.

### VII.

Pleading further and in the alternative, and with respect to Plaintiffs' gross negligence/exemplary damages claim, that claim being expressly and wholly denied, Defendant would show that Plaintiffs' injuries did not result from gross negligence attributable to Defendant.

### VIII.

*Exhibit B*

Pleading further and in the alternative, and with respect to the Plaintiffs' claim seeking punitive or exemplary damages herein, Defendant asserts the limitations of Chapter 41 of the Civil Practice and Remedies Code.

## IX.

For any claims for punitive damages and/or prejudgment interest, Defendant invokes the limitations on punitive damages and prejudgment interest contained in Sections 41.007 and 41.008 of the Texas Civil Practices and Remedies Code.  Pursuant to Section 41.008 of the Texas Civil Practices and Remedies Code, such limitations may not be known to the jury.

## X.

Defendant asserts that he did not entrust his vehicle to John Doe and/or Jane Doe, a reckless and/or incompetent driver, as alleged by Plaintiffs. Defendant further denies that, to the extent applicable, he was aware that John Doe and/or Jane Doe, an allegedly reckless and/or incompetent driver, had possession of a vehicle registered in the name of Defendant.

## XI.

Pleading further and in the alternative, Defendant would show that the occurrence in question, as well as the damages complained of, were proximately caused, in whole or in part, by the acts, omissions, fault, negligence, or other conduct of third parties or persons or entities over whom Defendant has no right of control nor for whom Defendant is legally responsible.  Accordingly, Defendant is entitled to a jury instruction on sole proximate cause and new and independent or superseding cause.

## XII.

Pleading further and in the alternative, Defendant would show that in the event he is found liable to Plaintiffs, any such liability being expressly denied, then, in that event, Defendant would

*Exhibit B*

show that he is entitled to a reduction for the negligence, liability, fault, or other conduct which is attributable to any other party in accordance with the Doctrine of Comparative Fault or Causation as enunciated by the Supreme Court of the State of Texas.

## XIII.

Pleading further and in the alternative, Defendant would show that in the event that he is found liable to Plaintiffs, any such liability being expressly denied, then, in that event, Defendant says that he is entitled to contribution, credit, and/or indemnity, as provided by the laws and statutes of the State of Texas, including, but not limited to, the provisions of Chapter 32 and Chapter 33 of the Texas Civil Practice and Remedies Code, as well as other applicable laws and statutes.

## XIV.

Pleading further and in the alternative, Defendant would show that Plaintiffs failed to mitigate their damages as required under applicable law.

## XV.

Defendant reserves the right to amend this Answer pursuant to the said Rules of Civil Procedure.

For these reasons, Defendant prays that he be released and discharged of the charges filed against him, that Plaintiffs take nothing by reason of this suit, and for such other and further relief to which Defendant may be justly entitled and for which Defendant will forever pray.

*Exhibit B*

Respectfully submitted,

**GERMER PLLC**

By: _____

    **GREGORY M. HOWARD**
    State Bar No. 24042989
    ghoward@germer.com
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    (713) 650-1313 – Telephone
    (713) 739-7420 – Facsimile

    **ATTORNEY FOR DEFENDANT,**
    **JAMES HEUER**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on all counsel in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on this 11th day of May, 2020.

_____
**GREGORY M. HOWARD**

*Exhibit B*

## CAUSE NO. 2020-13904

| | | |
|---|---|---|
| FELICIA ROBINSON AND<br>TONY WOFFORD | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| VS. | § | HARRIS COUNTY, TEXAS |
| | § | |
| JAMES HEUR AND JOHN/JANE DOE | § | 80TH JUDICIAL DISTRICT |

### UNSWORN VERIFICATION

I, James Heuer, 220 Fawn Rdg, Macomb, IL 61455, hereby swear and affirm that the facts contained within paragraph II of Defendant's Answer are true and correct.

By: _____
        JAMES HEUER

**Exhibit B**

# Envelope ID :42866804

# Case Number : 202013904

# Case Type

| | |
|---|---|
| **Jurisdiction :** Harris County - 80th Civil District Court | **Case Category :** Civil - Injury or Damage |
| **Case Type :** Motor Vehicle Accident | **Filer Type :** Attorney |
| **Payment Account :** File & ServeXpress CC | **Attorney :** Gregory Howard |
| **Case Number :** 202013904 | |
| **Client Matter ID :** 101551 | **Date Filed :** 5/11/2020 08:37:02 AM |

# Parties     5

| Sending Party | Party Type | Name | Address |
|---|---|---|---|
| | Defendant / Respondent | DOE JANE | |
| | Defendant / Respondent | DOE JOHN | |
| ☑ | Defendant / Respondent | HEUR JAMES | |
| | Plaintiff / Petitioner / Old Name | WOFFORD TONY | |
| | Plaintiff / Petitioner / Old Name | ROBINSON FELICIA | |

# Documents

| Status | Filing Code | Filing Description | Original Document | Converted Document | Stamped Document | Optional Services | Document Category | Document Description | Fees |
|---|---|---|---|---|---|---|---|---|---|

| Status | Filing Code | Filing Description | Original Document | Converted Document | Stamped Document | Optional Services | Document Category | Document Description | Fees |
|---|---|---|---|---|---|---|---|---|---|
| **Submitted** cancel | Answer/ Response / Waiver (Lead Document) **Note to Clerk:** | Defendant's Answer | ROBINSON-Answer.pdf | | | | Answer to Original Petition | Defendant's Answer | $0.00 |
| | Answer/ Response / Waiver (Attachments) **Note to Clerk:** | Defendant's Answer | ROBINSON-Unsworn Verification of James Heuer.pdf | | | | Affidavits | Unsworn Verification of James Heuer | |
| **Submitted** cancel | No Fee Documents (Lead Document) **Note to Clerk:** | Demand for Jury Trial | ROBINSON-Jury Demand.pdf | | | Jury Fee(1 * $40.00) | Jury Charge | Demand for Jury Trial | $40.00 |

**Responsible for Filing Fees :** HEUR JAMES

**Send Accepted Notifications To:**

## Service Contact 5

| EServe | Name | Email Address | Address | Service Contact Fee | Public | Attached To | Status | Date Opened |
|---|---|---|---|---|---|---|---|---|
| No | Amber Zayas | azayas@germer.com | | | Yes | HEUR JAMES | | Unopened |
| Yes | Christine Hernandez | chernandez@germer.com | | | Yes | HEUR JAMES | Sent | Unopened |
| No | Cynthia Wallace | cwallace@germer.com | | | Yes | HEUR JAMES | | Unopened |
| No | Greg Howard | ghoward@germer.com | | | Yes | HEUR JAMES | | Unopened |
| Yes | Husein Hadi | Litigation@thehadilawfirm.com | | | Yes | ROBINSON FELICIA | Sent | Unopened |

## Fees Calculation

| Allowance Charge Reason | Amount |
|---|---|
| Case Initiation Fee($) | $0.00 |
| Filing Fee($) | $0.00 |
| Filing Fee($) | $0.00 |

*Exhibit B*

| Allowance Charge Reason | Amount |
|---|---|
| Optional Service Fee($) | $40.00 |
| Total Service Fees($) | $0.00 |
| Total Service Tax Fees($) | $0.00 |
| Convenience Fee($) | $1.23 |
| Total Provider Service Fees($) | $2.24 |
| Total Provider Tax Fees($) | $0.18 |
| Total Court Service Fees($) | $0.00 |
| Total Mail Service Fees($) | $0.00 |
| **Total Fees($)** | **$43.65** |

*Exhibit B*

5/11/2020 8:37 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 42866804
By: Iliana Perez
Filed: 5/11/2020 8:37 AM

## CAUSE NO. 2020-13904

| | | |
|---|---|---|
| **FELICIA ROBINSON AND** | § | **IN THE DISTRICT COURT OF** |
| **TONY WOFFORD** | § | |
| | § | |
| **VS.** | § | **HARRIS COUNTY, TEXAS** |
| | § | |
| **JAMES HEUR AND JOHN/JANE DOE** | § | **80TH JUDICIAL DISTRICT** |

## DEMAND FOR JURY TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **JAMES HEUER (incorrectly named as "James Heur")**, Defendant herein and demands a trial by jury.  The requisite jury fee is being tendered with the filing of this demand.

WHEREFORE, PREMISES CONSIDERED, Defendant requests that the Court grant a trial by jury.

Respectfully submitted,

**GERMER PLLC**

By: _____
    **GREGORY M. HOWARD**
    State Bar No. 24042989
    ghoward@germer.com
    2929 Allen Parkway, Suite 2900
    Houston, Texas 77019
    (713) 650-1313 – Telephone
    (713) 739-7420 – Facsimile

**ATTORNEY FOR DEFENDANT,
JAMES HEUER**

*Exhibit B*

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that a true and correct copy of the foregoing has been served on all counsel in accordance with Rules 21 and 21a of the Texas Rules of Civil Procedure, on this 11th day of May, 2020.


_____

**GREGORY M. HOWARD**

*Exhibit B*

# Envelope ID :42866804

# Case Number : 202013904

# Case Type

| | |
|---|---|
| **Jurisdiction :** Harris County - 80th Civil District Court | **Case Category :** Civil - Injury or Damage |
| **Case Type :** Motor Vehicle Accident | **Filer Type :** Attorney |
| **Payment Account :** File & ServeXpress CC | **Attorney :** Gregory Howard |
| **Case Number :** 202013904 | |
| **Client Matter ID :** 101551 | **Date Filed :** 5/11/2020 08:37:02 AM |

# Parties    5

| Sending Party | Party Type | Name | Address |
|---|---|---|---|
| | Defendant / Respondent | DOE JANE | |
| | Defendant / Respondent | DOE JOHN | |
| ☑ | Defendant / Respondent | HEUR JAMES | |
| | Plaintiff / Petitioner / Old Name | WOFFORD TONY | |
| | Plaintiff / Petitioner / Old Name | ROBINSON FELICIA | |

# Documents

| Status | Filing Code | Filing Description | Original Document | Converted Document | Stamped Document | Optional Services | Document Category | Document Description | Fees |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

*Summary (Filing)*

***Exhibit B***

| Status | Filing Code | Filing Description | Original Document | Converted Document | Stamped Document | Optional Services | Document Category | Document Description | Fees |
|---|---|---|---|---|---|---|---|---|---|
| **Submitted** cancel | Answer/ Response / Waiver (Lead Document) **Note to Clerk:** | Defendant's Answer | ROBINSON-Answer.pdf | | | | Answer to Original Petition | Defendant's Answer | $0.00 |
| | Answer/ Response / Waiver (Attachments) **Note to Clerk:** | Defendant's Answer | ROBINSON-Unsworn Verification of James Heuer.pdf | | | | Affidavits | Unsworn Verification of James Heuer | |
| **Submitted** cancel | No Fee Documents (Lead Document) **Note to Clerk:** | Demand for Jury Trial | ROBINSON-Jury Demand.pdf | | | Jury Fee(1 * $40.00) | Jury Charge | Demand for Jury Trial | $40.00 |

**Responsible for Filing Fees :** HEUR JAMES

**Send Accepted Notifications To:**

## Service Contact 5

| EServe | Name | Email Address | Address | Service Contact Fee | Public | Attached To | Status | Date Opened |
|---|---|---|---|---|---|---|---|---|
| No | Amber Zayas | azayas@germer.com | | | Yes | HEUR JAMES | | Unopened |
| Yes | Christine Hernandez | chernandez@germer.com | | | Yes | HEUR JAMES | Sent | Unopened |
| No | Cynthia Wallace | cwallace@germer.com | | | Yes | HEUR JAMES | | Unopened |
| No | Greg Howard | ghoward@germer.com | | | Yes | HEUR JAMES | | Unopened |
| Yes | Husein Hadi | Litigation@thehadilawfirm.com | | | Yes | ROBINSON FELICIA | Sent | Unopened |

## Fees Calculation

| Allowance Charge Reason | Amount |
|---|---|
| Case Initiation Fee($) | $0.00 |
| Filing Fee($) | $0.00 |
| Filing Fee($) | $0.00 |

*Exhibit B*

| Allowance Charge Reason | Amount |
|---|---|
| Optional Service Fee($) | $40.00 |
| Total Service Fees($) | $0.00 |
| Total Service Tax Fees($) | $0.00 |
| Convenience Fee($) | $1.23 |
| Total Provider Service Fees($) | $2.24 |
| Total Provider Tax Fees($) | $0.18 |
| Total Court Service Fees($) | $0.00 |
| Total Mail Service Fees($) | $0.00 |
| **Total Fees($)** | **$43.65** |

*Exhibit B*

**HCDistrictclerk.com**   ROBINSON, FELICIA vs. HEUR, JAMES   5/14/2020
Cause: 202013904   CDI: 7   Court: 080

**APPEALS**
No Appeals found.

**COST STATMENTS**
No Cost Statments found.

**TRANSFERS**
No Transfers found.

**POST TRIAL WRITS**
No Post Trial Writs found.

**ABSTRACTS**
No Abstracts found.

**SETTINGS**
No Settings found.

**NOTICES**
No Notices found.

**SUMMARY**

CASE DETAILS

| | |
|---|---|
| **File Date** | 3/2/2020 |
| **Case (Cause) Location** | |
| **Case (Cause) Status** | Active - Civil |
| **Case (Cause) Type** | Motor Vehicle Accident |
| **Next/Last Setting Date** | N/A |
| **Jury Fee Paid Date** | 5/11/2020 |

CURRENT PRESIDING JUDGE

| | |
|---|---|
| **Court** | 080th |
| **Address** | 201 CAROLINE (Floor: 9) HOUSTON, TX 77002 Phone:7133686100 |
| **JudgeName** | LARRY WEIMAN |
| **Court Type** | Civil |

**ACTIVE PARTIES**

| Name | Type | Post Jdgm | Attorney |
|---|---|---|---|
| ROBINSON, FELICIA | PLAINTIFF - CIVIL | | HADI, HUSEIN |
| HEUR, JAMES | DEFENDANT - CIVIL | | HOWARD, GREGORY M |
| WOFFORD, TONY | PLAINTIFF - CIVIL | | HADI, HUSEIN |
| DOE, JOHN | DEFENDANT - CIVIL | | |
| DOE, JANE | DEFENDANT - CIVIL | | |
| HEUER, JAMES (INCORRECTLY NAMED AS JAMES HEUR) | DEFENDANT - CIVIL | | HOWARD, GREGORY M |